UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WIMBERLY,<br><br>  Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA, et al,<br><br>  Defendants. | No. 2: 17-cv-0858 KJN P<br><br><br>ORDER |

On March 27, 2019 plaintiff filed a letter. (ECF No. 21.) This civil rights action was closed on May 17, 2017. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: April 18, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Wim858.ig

1